# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00418-CFC |
| v. | |
| **ABB INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Lamplight Licensing LLC ("Lamplight") files this Unopposed Motion to Stay All Deadlines and Notice of Settlement. Counsel for the parties have conferred and ABB Inc. ("ABB") does not oppose this motion to stay. All matters in controversy between Lamplight and ABB have been settled in principle. The parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for thirty (30) days, through October 6, 2022.

Dated: September 2, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808

Telephone: (302) 999-9480  
Facsimile: (302) 800-1999  
Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of September, 2022.

_____  
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Jimmy Chong, certify that on September 2, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                    */s/ Jimmy Chong*_____
                                                      Jimmy Chong (#4839)