# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ABB INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00418-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Lamplight Licensing LLC ("Lamplight") files this Unopposed Motion to Stay All Deadlines and Notice of Settlement. Counsel for the parties have conferred and ABB Inc. ("ABB") does not oppose this motion to stay. All matters in controversy between Lamplight and ABB have been settled and the parties are in the process of executing the agreement and making payment. The parties' agreement requires a prompt payment after execution and dismissal promptly after payment is made. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for an additional fourteen (14) days, through November 3, 2022.

Dated: October 20, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)

2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this __24th__ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE