# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

---

October 31, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Wilmington, Delaware 19801-3555

    RE:    *Lamplight Licensing LLC v. ABB, Inc.*,
            Civil Action No. 1:22-cv-00418-CFC
            *Lamplight Licensing LLC v. Ingram Micro, Inc.*,
            Civil Action No. 1:22-cv-01017-CFC

Dear Judge Connolly:

    An in-person Evidentiary Hearing for the above cases is scheduled for this Friday, November 4, 2022, which was moved from November 10, 2022 expressly to accommodate Sally Pugal, the owner of Lamplight. On October 21, 2022, I was first advised by Ms. Pugal's representative that she has a health-related issue which now may prevent her from attending the hearing with the Court here in Delaware. I do not have more detailed information about the nature of her medical issue. Every day since October 24, including over the weekends, I have attempted to contact Ms. Pugal multiple times by e-mail and telephone without success.

    Although Ms. Pugal's flight reservation and hotel accommodations remain in place, as of this moment, I am not certain whether Ms. Pugal actually will travel to Delaware or appear for the hearing. In all prior communications that my staff and I had with Ms. Pugal she made every indication that she would travel to Delaware and would appear before the Court on November 4, 2022.

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

I wanted to bring this issue to the Court's attention and I will provide the Court with any updates promptly. I am available to confer with your Honor should the Court need any additional information prior to the hearing.

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com