### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00418-CFC |
| v. | **TRIAL BY JURY DEMANDED** |
| **ABB INC.,** | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Lamplight Licensing LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant ABB Inc. in the within action With Prejudice with each party bearing their own costs and fees. ABB Inc. has not filed an answer or a motion for summary judgment.

Dated: November 2, 2022                Respectfully submitted,

                                CHONG LAW FIRM PA

                                */s/ Jimmy Chong*_____
                                Jimmy Chong (#4839)
                                2961 Centerville Road, Suite 350
                                Wilmington, DE 19808
                                Telephone: (302) 999-9480
                                Facsimile: (302) 800-1999
                                Email: patent@chonglawfirm.com

                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Jimmy Chong, certify that on November 2, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*   _____
Jimmy Chong (#4839)