# THE CHONG LAW FIRM, P.A.

Licensed in:  Delaware, New Jersey, Pennsylvania

---

November 3, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Wilmington, Delaware 19801-3555

    RE:    *Lamplight Licensing LLC v. ABB, Inc.*,
             Civil Action No. 1:22-cv-00418-CFC
             *Lamplight Licensing LLC v. Ingram Micro, Inc.*,
             Civil Action No. 1:22-cv-01017-CFC

---

Dear Judge Connolly:

    Attached to this letter is a Declaration of Sally Pugal which was provided to my office this afternoon. Due to her health issues, Ms. Pugal requests her hearing be rescheduled when she is able to attend the hearing.

                      Respectfully submitted,

                      CHONG LAW FIRM PA

                      */s/ Jimmy Chong*
                      Jimmy Chong (#4839)
                      2961 Centerville Road, Suite 350
                      Wilmington, DE 19808
                      Telephone: (302) 999-9480
                      Facsimile: (302) 800-1999
                      Email: patent@chonglawfirm.com

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM