## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ABB, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00418-CFC<br><br>**TRIAL BY JURY DEMANDED** |
| **LAMPLIGHT LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**INGRAM MICRO, INC.**<br><br>Defendant. | Civil Action No.: 1:22-cv-01017-CFC |

### DECLARATION OF SALLY PUGAL

I, Sally Pugal, declare as follows:

1. I am the managing member and sole owner of Lamplight Licensing LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. Recently I have been having pain in my abdomen. The week of October 17, 2022, my doctor did a CT scan and found a mass in my abdomen area. The doctor has now told me that I need an MRI on my abdomen.

1

3. In addition, I suffer from severe pain in my hip and left leg. I was diagnosed with a lumbar dislocated disc last month, which is causing my severe leg pain. I have been ordered to do physical therapy due to this pain.

4. I have also developed RSV since last week leaving me with a severe non-stop cough, and have had to miss work as a result.

5. For all of these health reasons, I am unable to fly to Delaware for the hearing in these cases that is scheduled for November 4, 2022.

6. I respectfully ask that the Court reschedule the hearing to such time when I am able to get on a flight to attend the hearing. I only ask for this rescheduling due to my health, not to delay proceedings. I apologize for any inconvenience I am causing the Court.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Houston, TX on Nov 3, 2022.

Sally Pugal
Managing Member
Lamplight Licensing LLC