IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMPLIGHT LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABB, INC., ) <br> ) <br> Defendant. ) | Civ. No. 22-418-CFC |
| LAMPLIGHT LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INGRAM MICRO, INC., ) <br> ) <br> Defendant. ) | Civ. No. 22-1017-CFC |

## **MEMORANDUM ORDER**

Whereas the testimony of witnesses and representations of counsel at the November 4, 2022 hearing give rise to concerns that include but are not limited to the accuracy of statements in filings made by Plaintiff Lamplight Licensing LLC ("Lamplight") with the Court and whether the real parties in interest are before the Court;

NOW THEREFORE, at Wilmington on this Tenth day of November in 2022, it is HEREBY ORDERED that Plaintiff shall produce to the Court no later than December 8, 2022 copies of the following documents and communications

that are in the possession, custody, and control of Lamplight; Sally Pugal; and/or The Chong Law Firm, P.A.:

1. Any and all retention letters and/or agreements between Lamplight and The Chong Law Firm, P.A.

2. Any and all communications and correspondence, including emails and text messages, that Sally Pugal had with Mavexar, Linh Dietz, Papool Chaudhari, Brandon LaPray, and/or any representative of Mavexar regarding:

    a. the formation of Lamplight;

    b. assets, including patents, owned by Lamplight;

    c. the potential acquisition of assets, including patents, by Lamplight;

    d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Lamplight could incur as a result of its acquisition of and/or assertion in litigation of any patent;

    e. U.S. Patent No. 9,716,393;

    f. the retention of The Chong Law Firm, P.A. to represent Lamplight in these cases;

    g. the settlement or potential settlement of these cases;

    h. the dismissal of these cases; and

2

      i. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Ms. Pugal to attend the hearing.

3. Any and all communications and correspondence, including emails and text messages, that Jimmy Chong and/or any employee or representative of The Chong Law Firm, P.A. had with Mavexar, Linh Dietz, Papool Chaudhari, Brandon LaPray, and/or any representative of Mavexar regarding:

    a. the formation of Lamplight;

    b. assets, including patents, owned by Lamplight;

    c. the potential acquisition of assets, including patents, by Lamplight;

    d. the nature, scope, and likelihood of any liability, including but not limited to attorney fees, expenses, and litigation costs, Lamplight could incur as a result of its acquisition of and/or assertion in litigation of any patent;

    e. U.S. Patent No. 9,716,393;

    f. the retention of The Chong Law Firm, P.A. to represent Lamplight in these cases;

    g. the settlement or potential settlement of these cases;

    h. the dismissal of these cases; and

    i. the November 4, 2022 hearing, including but not limited to the travel expenses and arrangements for Ms. Pugal to attend the hearing.

4. Any and all monthly statements for any and all bank accounts held by Lamplight for the period March 1, 2022 through August 31, 2022.

5. Any and all documents relating to Lamplight's use, lease, purchase, and/or retention of 3571 Far West Blvd #3144, Austin, TX 78731 and 9901 Brodie Lane, Suite 160 PMB925, Austin, TX 78748.

It is FURTHER ORDERED that Plaintiff shall submit no later than December 8, 2022 a sworn declaration from Sally Pugal that identifies any and all assets owned by Lamplight as of (1) March 30, 2022; and (2) July 31, 2022.

*[signature]*
CHIEF JUDGE

4