# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMPLIGHT LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 22-cv-00418-CFC |
| | ) |
| ABB INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew R. Sommer of the law firm Greenberg Traurig LLP, to represent Defendant ABB Inc. in this action.

GREENBERG TRAURIG, LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (# 4601)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
(302) 661-7000
schladweilerb@gtlaw.com

*Attorneys for Defendant ABB Inc.*

Dated:  November 21, 2022

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2022              _____
                                                                   CHIEF JUDGE COLM F. CONNOLLY