IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAMPLIGHT LICENSING LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABB INC., )<br>)<br>Defendant. ) | Civ. No. 22-418-CFC |
| LAMPLIGHT LICENSING LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INGRAM MICRO, INC., )<br>)<br>Defendant. ) | Civ. No. 22-1017-CFC |

## ORDER

At Wilmington on this Twenty-second day of May in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Memorandum Order of November 10, 2022 (No. 22-418, D.I. 31; No. 22-1017, D.I. 21) is **DENIED** and Plaintiff shall **COMPLY** with the November 10, 2022 Memorandum Order (No. 22-418, D.I. 24; No. 22-1017, D.I. 17) no later than May 31, 2023.

_____
CHIEF JUDGE