# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAMPLIGHT LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ABB, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00418-CFC |
| **LAMPLIGHT LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**INGRAM MICRO, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-01017-CFC |

## NOTICE OF COMPLIANCE WITH COURT'S NOVEMBER 10, 2022 MEMORANDUM ORDER

1

Plaintiff Lamplight Licensing LLC ("Lamplight") hereby submits notice to the Court that it has complied with the Court's November 10, 2022 Memorandum Order ("Memorandum Order") (1:22-cv-00418-CFC, Dkt. #24), as modified by the Court's May 22, 2023 Order extending the time to comply to May 31, 2023 (1:22-cv-00418-CFC, Dkt. #34). Lamplight has delivered hard copies and a USB thumb-drive containing Lamplight's document production in response to the Memorandum Order to the Court on this 31st day of May, 2023.

Dated: May 31, 2023                                    Respectfully submitted,

                                                       CHONG LAW FIRM PA

                                                       */s/Jimmy Chong*
                                                       Jimmy Chong (#4839)
                                                       2961 Centerville Road, Suite 350
                                                       Wilmington, DE 19808
                                                       Telephone: (302) 999-9480
                                                       Facsimile: (302) 800-1999
                                                       Email: chong@chonglawfirm.com

                                                       ATTORNEYS FOR PLAINTIFF